# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 16-1679

———————————————

Luis A. Munoz Elizarraraz

*Petitioner*

v.

Jefferson B. Sessions, III,[1] Attorney General of the United States

*Respondent*

——————

Petition for Review of an Order of the
Board of Immigration Appeals

——————

Submitted: May 30, 2017
Filed: June 2, 2017
[Unpublished]

——————

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

——————

PER CURIAM.

———————————————

[1]Jefferson B. Sessions, III has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Mexican citizen Luis A. Munoz Elizarraraz petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's decision to deny his application for withholding of removal and relief under the Convention Against Torture.[2]  Having jurisdiction under 8 U.S.C. § 1252, this court, after careful consideration, concludes that substantial evidence supports the denial of relief.  The petition is denied.  *See* 8th Cir. R. 47B.

———————————————————

[2]Munoz Elizarraraz does not challenge the denial of asylum.